United States District Court
Southern District of Texas
**ENTERED**
April 29, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| STEPHEN POLK | § § § § § § § § § § | CIVIL ACTION NO. 3:21-CV-075 |
| VS. | | |
| TITLEMAX OF TEXAS, INC. | | |

## **ORDER**

Your initial scheduling conference in this case is set to take place at 9:30 a.m. on Wednesday, June 16, 2021. That scheduling conference will proceed as scheduled. As a general rule, I require counsel to attend initial scheduling conferences in person. Given the coronavirus outbreak's devastating impact on our society, that general rule is obviously suspended for the May 16, 2021 initial scheduling conferences. In an effort to maximize modern technology, we will conduct the pretrial conferences by videoconference using the platform Zoom. A day or so before the initial scheduling conference my case manager will circulate to all counsel of record a link to join the Zoom meeting. Please click on that link at least 5-10 minutes before your hearing to test your system.

Here are some basic instructions on how to use Zoom

### **REQUIRED EQUIPMENT**

- a telephone; or
- a smart phone with camera; or
- a computer with camera and microphone and access to internet service.

**SOFTWARE**

- Please download the Zoom Client well in advance of the hearing:
    - ➢ The free app for smartphone is available at the Apple App Store for iPhones and Google Play for Androids.
    - ➢ The Free Software for your computer is available at Zoom.us. Click on the "Resources" tab at the top right and select "Download Zoom Client."
- You do not have to register with Zoom, but it is encouraged and it is free.

Please confer with opposing counsel as required by FED. R. CIV. P. 26(f), and prepare and file by Wednesday June 9, 2021 a joint discovery/case management plan. Please use the joint discovery/case management plan that can be found at:

https://www.txs.uscourts.gov/page/united-states-district-judge-jeffrey- v-brown.

Upon receipt and review of the joint discovery/case management plan, I will prepare a draft docket control order and have my case manager email it to all counsel a few days before the initial scheduling conference. We will discuss the draft docket control order on the videoconference.

One other note: you are NOT required to wear formal courtroom attire during the videoconference. You are, however, required to wear clothes.

SIGNED and ENTERED this 29th day of April, 2021.

ANDREW M. EDISON
UNITED STATES MAGISTRATE JUDGE