IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| STEPHEN POLK; <br><br> Plaintiff, <br><br> v. <br><br> TITLEMAX OF TEXAS, INC.; <br> ASSET RES SERVICES, LLC; <br> MVCONNECT, LLC, <br><br> Defendants. | Civil Action No. 3:21-cv-00075 |

_____

**ORDER GRANTING AGREED MOTION FOR CONTINUANCE**
_____

After considering the Parties' Agreed Motion for Continuance, the Court finds that the motion should be and is GRANTED.

Accordingly, it is hereby ORDERED that, for the reasons set forth in the Agreed Motion for Continuance, the deadline for the parties to exchange pretrial deadlines set for July 1, 2022 and the Docket Call set for July 8, 2022, is continued and this matter is re-set on the Court's docket as required by law.

It is ORDERED that the parties will exchange pre-trial materials and begin to confer on motions *in limine*, exhibit lists, and deposition designations is continued to _____, 2022.  It is ORDERED that the parties will appear for Docket Call to determine a trial setting on _____, 2022.

SIGNED this ___ day of June, 2022.

_____
Judge Jeffrey V. Brown
United States District Court Southern District of Texas
Galveston Division